# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2019

159594

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID JAMES NEFF,
      Defendant-Appellant.

_____/

SC: 159594
COA: 347270
Kent CC: 15-009057-FH

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

      On order of the Court, the application for leave to appeal the April 19, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



t1113

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2019



Clerk